# Third District Court of Appeal

## State of Florida

Opinion filed December 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1252
Lower Tribunal No. 16-32717
_____

## JPMorgan Chase Bank, N.A.,
Appellant,

vs.

## Jorge Llovet, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

León Cosgrove, LLP, and Derek E. León, Andrew B. Boese, and John R. Byrne, for appellant.

Jacobs Legal, PLLC, and Bruce Jacobs, for appellee Jorge Llovet.

Before EMAS, LOGUE and HENDON, JJ.

PER CURIAM.

JPMorgan Chase Bank, N.A., a non-party to the litigation below, seeks review of the denial of its motion for a protective order from post-judgment discovery pursuant to a subpoena. In a companion proceeding before this Court, stemming from the same case, and involving the same parties, lawyers, and issue, but a different subpoena, we reversed an order denying JPMorgan Chase's motion for a protective order since "Llovet is barred from re-opening discovery post-judgment because the discovery he now seeks could have been requested pre-judgment." JPMorgan Chase Bank, N.A. v. Llovet, No. 3D19-1118, 2021 WL 5347435, at *3 (Fla. 3d DCA Nov. 17, 2021). For the same reason, we reverse the order under review and remand for further proceedings.

Reversed and remanded.